Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY <br><br> Defendant. | Case No.: 2:22-CV-01905-JAD-DJA <br><br> **STIPULATION AND ORDER CONTINUING DEADLINE TO RESPOND TO THE COMPLAINT** <br><br> **FIRST REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank, N.A. ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 31, 2022, U.S. Bank filed its complaint in the Eighth Judicial District



1. Court for the State of Nevada;

2. On November 10, 2022, Fidelity removed the instant action to the United States District Court for the State of Nevada (ECF No. 1);

3. U.S. Bank is considering voluntarily amending its complaint in this action;

4. Fidelity's response to the Complaint is currently due on December 12, 2022;

5. Counsel for the Parties request that Fidelity's deadline to respond to the complaint be extended by thirty (30) days, through and including January 11, 2023, to afford U.S. Bank additional time to consider amending its complaint;

6. The parties therefore agree and stipulate that Fidelity's deadline to respond to the complaint shall be continued through and including January 11, 2023.

7. Counsel for U.S. Bank does not oppose the requested extension;

8. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER CONTINUING DEADLINE TO RESPOND TO THE COMPLAINT**

9. This stipulation is entered into without waiving any of Fidelity's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Fidelity's deadline to respond to the complaint is hereby continued through and including January 11, 2023.

Dated:  December 12, 2022          SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendant
     FIDELITY NATIONAL TITLE INSURANCE
     COMPANY

Dated:  December 12, 2022          WRIGHT FINLAY & ZAK, LLP


By:  /s/-Lindsay D. Dragon
     LINDSAY D. DRAGON
     Attorneys for Plaintiff
     U.S. BANK, N.A.

**IT IS SO ORDERED.**

Dated this  14th  day of  December , 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

